IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ALAN L. M. ROBINSON**,

    Plaintiff,

v.

**LANE COMMUNITY COLLEGE**, a state of Oregon entity, **JACE SMITH**, **JANE DOE 1**, **JAMES HARRIS**, **LISA RUPP**, **OMNI TRADING INC.**, **PUDDLE JUMPER TOWING, INC.**, **OSP**, **VANNESSA COLLINS**, **JESSE THORN**, and the **UNITED STATES OF AMERICA**, by and through its **DEPARTMENT OF VETERANS AFFAIRS**,

    Defendants.
_____

**Civ. No. 6:15-cv-01468-MC**

**OPINION AND ORDER**

**MCSHANE, Judge**:

    Plaintiff, *pro se*, filed a complaint and amended complaint against various defendants on August 5, 2015, and August 10, 2015, respectively. *See* Pl.'s Compl. 1–6, ECF No. 1; Pl.'s Am. Compl. 1–3, ECF No. 5. On August 13, 2015, this Court issued an opinion dismissing plaintiff's complaints for failure to state a claim. *See* Order 1–3, ECF No. 6. In consideration of plaintiff's *pro se* status, this Court granted plaintiff until September 14, 2015, "to file an amended complaint curing the deficiencies identified." *Id*. at 3. Plaintiff has not taken additional action

1 – OPINION AND ORDER

since that time. Accordingly, because plaintiff failed to comply with this Court's order, ECF No. 6, this action is dismissed without prejudice for failure to prosecute.

IT IS SO ORDERED.

DATED this 15th day of September, 2014.

_____
**Michael J. McShane**
**United States District Judge**